1  COOLEY LLP
   WENDY J. BRENNER (198608) (brennerwj@cooley.com)
2  Five Palo Alto Square
   3000 El Camino Real
3  Palo Alto, CA  94306-2155
   Telephone:    (650) 843-5000
4  Facsimile:    (650) 849-7400

5  Attorneys for Defendant/Counter-Claimant
   ACTELION PHARMACEUTICALS US, INC.
6

7  WELDON & ROTHMAN, PL
   BRADLEY PAUL ROTHMAN
8  (brothman@weldonrothman.com)
   7935 Airport Pulling Rd N., Suite 205
9  Naples, FL  34109
   Telephone:    (239) 262-2141
10 Facsimile:    (239) 262-2342

11 Attorneys for Plaintiff/Counter-Defendant
   RICHARD S. LEE
12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 RICHARD S. LEE,                        | Case No.  C 11-01954 EMC

18              Plaintiff,                | **JOINT STIPULATION FOR DISMISSAL**

19     v.

20 ACTELION PHARMACEUTICALS US,
   INC.,
21
                Defendant.
22

23 ACTELION PHARMACEUTICALS US,
   INC.,
24
                Counter-Claimant,
25
       v.
26
   RICHARD S. LEE,
27
                Counter-Defendant.
28

   938882 v1/HN                      1.                 **JOINT STIPULATION FOR DISMISSAL**
                                                            **C 11-01954 EMC**

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant
2  Richard S. Lee and Defendant/Counter-Claimant Actelion Pharmaceuticals US, Inc. hereby file
3  this stipulation of dismissal.  The Parties, by and through the undersigned counsel, hereby
4  stipulate and agree that the above-captioned actions, including all claims and counterclaims
5  between them, should be dismissed with prejudice, with each Party to bear its own costs and
6  attorneys' fees.

Dated: July 8, 2011                              COOLEY LLP

*I, Wendy Brenner, am the ECF User whose ID and password are being used to file this Joint Stipulation for Dismissal.  In compliance with General Order 45.X.B., I hereby attest that Bradley P. Rothman has concurred in this filing.*

/S/
Wendy J. Brenner (198608)
Attorneys for Defendant/Counter-Claimant
ACTELION PHARMACEUTICALS US, INC.

Dated: June 29, 2011                             WELDON & ROTHMAN, PL

/S/
Bradley Paul Rothman
Attorneys for Plaintiff/Counter-Defendant
RICHARD S. LEE

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**JOINT STIPULATION FOR DISMISSAL**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Bradley Paul Rothman
Weldon & Rothman, PL
7935 Airport Pulling Rd N., Suite 205
Naples, FL 34109
Email: brothman@weldonrothman.com

Executed on July 8, 2011, at Palo Alto, California.

_____/S/_____
Robin Augustino